UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Early Settlement Conference Project**

| | |
|---|---|
| Cory E. Fisherman,<br>Plaintiff, | Case No. 21-cv-2406 (JWB/DLM) |
| -vs- | **NOTICE OF LIMITED APPEARANCE** |
| David Launderville, *Individually as well in her/his official capacity's*<br><br>Defendant. | |

PLEASE TAKE NOTICE that Jason Gustafson of Throndset Michenfelder, LLC, 80 South 8th Street, Suite 900, Minneapolis, MN 55402, appears as Special Settlement Conference Counsel for Cory E. Fisherman in the Court's referral of the above-captioned matter to the Early Settlement Conference Project. During the course of Special Settlement Conference Counsel's limited representation, Special Settlement Counsel and Cory E. Fisherman should be served with or copied on all correspondence, pleadings, and orders pertaining to the above-captioned matter.

Date: 7/25/24

By: _____
Jason Gustafson (0403297)
Throndset Michenfelder, LLC
80 South 8th Street
Suite 900
Minneapolis, MN 55402
Special Settlement Conference Counsel
for Cory E. Fisherman
Pursuant to the Early Settlement
Conference Project