# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cory E. Fisherman,  **NOTICE OF APPEARANCE**

      Plaintiff  Case No: 21-cv-2406 (JWB/DLM)

v.

David Launderville, *Individually as well in her/his official capacity's*

      Defendant(s)

---

The undersigned attorney hereby notifies the Court and counsel that Jason Gustafson of Throndset Michenfelder shall appear as counsel of record for Plaintiff Cory E. Fisherman in this case.

Dated: 8/14/24

                                                Jason Gustafson (#0403297)
                                                Throndset Michenfelder, LLC
                                                80 South 8th Street
                                                Suite 900
                                                Minneapolis, MN 55402
                                                Telephone: 763-515-6110
                                                jason@throndsetlaw.com

                                                *Attorney for Plaintiff*