# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cory E. Fisherman, | Civ. No. 21-2406 (JWB/DLM) |
| Plaintiff, | |
| v. | **ORDER ON MOTIONS IN LIMINE** |
| David Launderville, *Individually as well in her/his official capacity's*, | |
| Defendant. | |

Jason D. Gustafson, Esq., Throndset & Michenfelder Law Office LLC, counsel for Plaintiff.

Bradley Simon, Esq., and Kevin Jonassen, Minnesota Attorney General's Office, counsel for Defendant.

Presented for review are Defendant David Launderville's motions *in limine*. The motions were filed before Plaintiff retained trial counsel, before the trial date was continued, and before the Trial Notice and Final Pretrial Order had been amended.

Taking those events into account, and considering the file, record, and proceedings in this case, **IT IS HEREBY ORDERED** that the Motions *in Limine* are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion to Exclude Undisclosed Testimony and Evidence (Doc. No. 94) is **GRANTED** to the extent that it generally asks for the Rules of Evidence and the Final Pretrial Order to be followed. The Motion is **DENIED WITHOUT PREJUDICE** to the extent that it seeks a specific ruling. Specific objections and rulings are reserved for trial.

2. Defendant's Motion to Exclude Narrative Testimony During Self-Examination (Doc. No. 95) is **DENIED AS MOOT**. Plaintiff now has retained trial counsel.

2

3. Defendant's Motion to Exclude Testimony or Evidence Regarding Medical Diagnoses, Treatment, or Causation (Doc. No. 96) is **GRANTED** to the extent that it generally asks for the Rules of Evidence to be followed. The Motion is **DENIED WITHOUT PREJUDICE** to the extent that it seeks a specific court order. Specific objections and rulings are reserved for trial.

Date: January 30, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge